# United States Bankruptcy Court
## Northern District of Mississippi

In re    **Elmer Richardson**                                                              Case No.   **19-13557**
                                    Debtor(s)                                              Chapter    **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **October 28, 2019**, a copy of **Agreed Order Rescheduling Section 341 Meeting of Creditors, Extending Deadline for Objecting to Confirmation and Resetting Confirmation Hearing** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**\*\*See Attached Matrix**

                                                                    **/s/ Robert H. Lomenick**
                                                                    **Robert H. Lomenick 104186**
                                                                    **Schneller & Lomenick, P.A.**
                                                                    **126 North Spring Street**
                                                                    **Post Office Box 417**
                                                                    **Holly Springs, MS 38635**
                                                                    **662-252-3224 Fax:662-252-2858**
                                                                    **rlomenick@gmail.com**