**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:
ELMER RICHARDSON**

**CHAPTER 13 NO:**

**19-13557-JDW**

4685 BARN ACRE RD
SARDIS, MS 38666

---

**NOTICE TO DEBTOR**

---

NOTICE is hereby given that your plan payment will change from **$4,585.00  ( MONTHLY )** to **$5,820.00  ( MONTHLY )** effective in **07/2020.** Your plan payment is being remitted **by your employer / direct / by automatic bank draft.**

The reason for the changes in your plan payment is:

_____  Due to a change in your monthly mortgage payment;

_____  Due to a claim being filed for a different amount than scheduled;

_____  Due to entry of an order;

__xx__  Other: Order 5/27/2020 (dk#79) & order dated 12/10/2019 (dk#52).

If your **employer is withholding the plan payment from your wages,** you are responsible for remitting the difference, if any, should your employer fail to withhold the new payment.

If you are paying by **automatic bank draft,** please be sure there are sufficient funds in your account to satisfy the new payment.

If you are paying **direct,** please be aware that the Trustee **DOES NOT** accept personal checks. You can remit payments online through **https://tfsbillpay.com** or mail guaranteed funds, in the form of a **cashier's check or money order** with your **case number and last name** in the description line, to

Locke D. Barkley
P.O. Box 1859
Memphis, TN 38101-1859

Should you have any questions concerning this, please contact your attorney.

Date: 6/12/2020

CC:  SCHNELLER AND LOMENICK, P.A.
     P.O. BOX 417
     HOLLY SPRINGS, MS 38635

Respectfully submitted,
LOCKE D. BARKLEY


/s/ Locke D. Barkley
CHAPTER 13 TRUSTEE

**CERTIFICATE OF SERVICE**

    I do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Date:  6/12/2020

/s/ Locke D. Barkley  
LOCKE D. BARKLEY  
CHAPTER 13 TRUSTEE