**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT MISSISSIPPI

**IN RE: ELMER RICHARDSON**                                **CHAPTER 13**

**DEBTOR**                                                                          **CASE NO. 19-13557-JDW**

### ORDER GRANTING MOTION FOR AUTHORITY TO NEGOTIATE TERMS OF NEW INDEBTEDNESS [DKT. #96]

**THIS CAUSE** came before the Court upon the Debtor's Motion for Authority to Negotiate Terms of New Indebtedness to enter into discussions with the SBA regarding a business loan, and it appearing unto the Court that no timely responses have been filed, the Motion is due to be granted.

**IT IS THEREFORE ORDERED** that Debtor can negotiate the terms of a small business loan with the SBA under the condition that no loan documents will be executed or otherwise finalized without further approval from the Court.

#ENDOFORDER#

**Submitted by:**

/s/ Robert H. Lomenick
**KAREN B. SCHNELLER, MSB 6558**
**ROBERT H. LOMENICK, JR., MSB 104186**
**SCHNELLER & LOMENICK, P.A.**
**126 NORTH SPRING STREET**
**P.O. BOX 417**
**HOLLY SPRINGS, MS 38635**
662-252-3224/robert@northmsbankruptcy.com
**ATTORNEY FOR DEBTOR**