**SO ORDERED,**



**Judge Jason D. Woodard**
**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

| | |
|---|---|
| IN RE:    ELMER RICHARDSON,<br>Debtor | CASE NO. 19-13557-JDW<br>CHAPTER 13 |

### ORDER

Pursuant to the Motion for Relief from Automatic Stay filed herein by Movant, Cenlar FSB as servicer for Renasant Bank (Dkt. # 106), regarding the real property located at 4685 Barn Acre Rd, Sardis, MS 38666, the Court, ~~being fully advised~~ finds that the Motion is **WITHDRAWN** upon conditions. Debtor shall maintain strict compliance with the terms of this Order by timely remitting Plan payments to the Trustee as when due and for the period beginning with the November, 2021, payment through the April, 2022, payment, and should Debtor at any time during said period become more than sixty (60) days delinquent in Plan payments to the Trustee, the Stay shall lift as to Movant without further Notice or Order.

(JDW)

##END OF ORDER##

APPROVED:

Attorneys for Movant:

*/s/ Bradley P. Jones*
Joel W. Giddens (105450)
Kathryn Lachowsky-Khan (105769)
Heather Martin-Herron (105772)
Bradley P. Jones (9731)

WILSON & ASSOCIATES, PLLC
232 Market Street
Flowood, MS 39232
(601) 825-9508
jgiddens@thewilsonlawfirm.com
klachowsky@thewilsonlawfirm.com
hmartin-herron@thewilsonlawfirm.com
bpjones@thewilsonlawfirm.com


*/s/ Robert H. Lomenick, Jr. (by Express Permission)*
Robert H. Lomenick, Jr.
Attorney at Law
P.O. Box 417
Holly Springs, MS 38635


*/s/ Melanie T. Vardamn (by Expresss Permission)*
Locke D. Barkley
Trustee
6360 I-55 North Suite 140
Jackson, MS 39211

W&A No. 337257
Loan No. XXXXXX8876

2