**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE: | CHAPTER 13 CASE NO: |
| ELMER RICHARDSON<br>4685 BARN ACRE RD<br>SARDIS, MS 38666 | 19-13557-JDW |

---

**NOTICE TO DEBTOR**

---

NOTICE is hereby given that your plan payment will change from **$4,769.00 monthly** to **$4,858.00 monthly** effective in **05/2022**. The previous plan payment of **$4,769.00 monthly** will be due for **04/2022.**

The reason for the changes in your plan payment is:

_XX_   Due to a change in your monthly mortgage payment.

____   Due to a claim being filed for a different amount than scheduled.

____   Due to entry of an order.

____   Other: _____

**If you are paying by automatic draft**, please be sure there are sufficient funds in your account to satisfy the new payment.

**If you are paying via TFS**, it is your responsibility to update the payment amount via the TFS website.

**If you are paying direct**, please be aware that the Trustee does not accept personal checks. You can remit payments online through https://tfsbillpay.com or mail guaranteed funds, in the form of a cashier's check or money order with your case number & last name in the description line, to:

Locke D. Barkley, Chapter 13 Trustee
P.O. Box 1859
Memphis, TN 38101

Should you have any questions concerning this, please contact your attorney.

Date:  April 12, 2022

                    Sincerely,

                    /s/Locke D. Barkley
                    Chapter 13 Trustee

CC:  SCHNELLER AND LOMENICK, P.A.
    PO BOX 417
    HOLLY SPRINGS, MS 38635

## CERTIFICATE OF SERVICE

      I do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Date:  April 12, 2022

                                                /s/ Locke D. Barkley
                                                LOCKE D. BARKLEY
                                                CHAPTER 13 TRUSTEE